**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Jeffrey Klein (SBN 297296)
*jeff@tomorrowlaw.com*
Rafael Yedoyan (SBN 351499)
*rafael@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, California, 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MARGIE CALLEJO OBISPO
on behalf of herself and all others similarly
situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARGIE CALLEJO OBISPO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORDIS US CORP, a Delaware corporation; SCOTT DRAKE, an individual; DUKE ROHLEN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01248-NC<br><br>Assigned to: Honorable Nathanael M. Cousins<br><br>**STIPULATION TO VACATE DEADLINES AND CASE MANAGEMENT CONFERENCE DATE RE: SETTLEMENT**<br><br>Complaint Filed: January 22, 2024<br>Trial Date: None Set |

Law Offices of
B.BIYAN LAW GROUP
A Professional Corporation
1460 Westwood Blvd
Los Angeles California 90024
310 438-5555

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff MARGIE CALLEJO OBISPO ("Plaintiff"), and Defendants CORDIS US CORP, SCOTT DRAKE, and DUKE ROHLEN ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 16, 2024, the Parties agreed to attend mediation with Katherine J. Edwards on August 6, 2024 (the "August Mediation");

WHEREAS, on May 1, 2024, in light of the Parties' August Mediation and to preserve judicial resources, the Parties filed a stipulation in this Court to continue all deadlines and hearing dates until at least 45 days after mediation, or a date thereafter that was convenient to this court;

WHEREAS, on May 1, 2024, the Court enter an order extending the deadlines as set forth below:

| 09/20/2024 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification |
| 10/04/2024 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| 10/16/2024, 10:00 AM | Initial Case Management Conference |

(Dkt. #12)

WHEREAS, on August 6, 2024, the Parties attended the August Mediation;

WHEREAS, at the August Mediation and thereafter, the Parties reached a settlement in principle of Plaintiff's claims, including her class action claims;

WHEREAS, the Parties are currently negotiating the terms and conditions of a long form settlement agreement.

WHEREAS, the Parties expect to have a fully executed agreement within the next 90 days and thereafter Plaintiff will move for preliminary approval;

**WHEREFORE**, the Parties expect Plaintiff will be able to file a Motion for Preliminary Approval approximately 120 days from October 4, 2024, or February 2, 2025, or the next and best available date for the Court;

**WHEREFORE**, based upon the following, Plaintiff and Defendant, and each of them, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court set a date for Plaintiff to file a motion for preliminary approval approximately 120 days from October 4, 2024, or February 3, 2025, and vacate the following deadlines set forth below:

| | |
|---|---|
| 09/20/2024 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification |
| 10/04/2024 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| 10/16/2024, 10:00 AM | Initial Case Management Conference |

**IT IS SO STIPULATED**

Dated: October 4 , 2024

BIBIYAN LAW GROUP, P.C.

BY: /s/ Rafael Yedoyan

DAVID BIBIYAN
JEFFREY KLEIN
RAFAEL YEDOYAN
Attorney for Plaintiff MARGIE CALLEJO OBISPO, individually and on behalf of all others similarly situated

Dated: October 4, 2024

BARTON LLP

BY:

LESLIE GOFF SANDERS (*Admitted Pro Hac Vice*)

Attorneys for Defendants CORDIS US CORP, SCOTT DRAKE, and DUKE ROHLEN