**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Vedang J. Patel (SBN 328647)
*vedang@tomorrowlaw.com*
Megan R. Lazar (SBN 315007)
*megan@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MARGIE CALLEJO OBISPO,
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARGIE CALLEJO OBISPO, an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORDIS US CORP, a Delaware corporation; SCOTT DRAKE, an individual; DUKE ROHLEN, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 5:24-cv-01248-NC <br><br> Assigned to: Honorable Nathanael M. Cousins <br><br> **[PROPOSED] ORDER** <br><br> ACTION FILED: January 22, 2024 |

[PROPOSED] **ORDER**

Having reviewed plaintiff MARGIE CALLEJO OBISPO ("Plaintiff") and defendant CORDIS US CORP.'s ("Defendant") Stipulation to Dismiss Plaintiff's Class Action Claims Without Prejudice, and the facts set forth in the Declaration of Megan R. Lazar, and good cause appearing therefore, IT IS HEREBY ORDERED:

1.  Plaintiff's Class Action claims are dismissed without prejudice;

2.  No notice shall be required to the class members that may be affected by this dismissal shall be required of any party;

3.  The entire action, Case No. 5:24-cv-01248-NC, is dismissed without prejudice.

4.  Each Party shall bear their own attorneys' fees and costs, and no party is the prevailing party for any purpose in connection with this dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Nathanael M. Cousins